IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00599-WJM-KLM

ROBERT DOERR,

    Plaintiff,

v.

VENGROFF, WILLIAMS & ASSOCIATES, INC., a Florida corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Leave to Appear by Telephone at Scheduling Conference** [Docket No. 13; Filed May 28, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#13] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that Defendant's counsel may appear by telephone at the Scheduling Conference on June 3, 2013 at 11:00 a.m. by dialing the Court at **303-335-2770**. The Court previously granted Plaintiff's counsel leave to appear by telephone at the Scheduling Conference [#12]. Therefore, the parties must initiate a conference call between themselves before dialing the Court.

    Dated: May 28, 2013